James E. Whitmire, Esq. (NV Bar No. 6533)
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912
jwhitmire@nevadafirm.com

*Of Counsel:*
Robert F. Green
Christopher T. Griffith
Salim A. Hasan
Kate M. Lesciotto
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6731
Telephone: 312-616-5600
Facsimile: 312-616-5700
rgreen@leydig.com
cgriffith@leydig.com
shasan@leydig.com
klesciotto@leydig.com

*Attorneys for Defendants Lupin Limited
and Lupin Pharmaceuticals, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BAYER SCHERING PHARMA AG & BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Case No. 2:10-cv-1166-GMN-RJJ |

**DEFENDANTS LUPIN LIMITED'S AND LUPIN PHARMACEUTICALS, INC.'S REQUEST FOR LEAVE TO FILE UNDER SEAL "CONFIDENTIAL" REPLY IN SUPPORT OF THE JOINT MOTION TO CONSOLIDATE**

08837-01/660659

Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. respectfully request leave to file under seal "Confidential" Reply in Support of the Joint Motion to Consolidate that was previously filed with the Court. In support of this Motion, Defendants state:

1. The public interest in full disclosure of documents is limited to ensuring the "public understanding of both the judicial process and significant public events." *Kamakana v. City & County of Honolulu*, 447 F.3d 172 (9th Cir. 2006). When a party requests a court to seal a document, the Court must balance the compelling reason for sealing the document with the public interest favoring disclosure. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665 (9th Cir. 2010). Documents will be sealed where compelling reasons "outweigh the general history of access and the public policies favoring disclosure ...." *Kamakana*, 447 F. 3d at 1178-1179.

2. Compelling reasons exist for sealing documents where their disclosure may "gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana*, 447 F.3d at 1179.

3. In *Nixon v. Warner Communications, Inc.*, 98 S. Ct. 1306 (1973), the United States Supreme Court recognized that one of the fundamental basis for a district court to use its substantial discretion to permit the filing of a documents under seal was to protect a litigant's business information that might harm the litigant's competitive standing.

4. In determining whether documents should be sealed, a court should consider whether "disclosure of the material could result in improper use of the material for ... purposes of infringement upon trade secrets ...." *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (quoting *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)).

5. In this matter, the parties have submitted a Stipulated Protective Order, which has not yet been approved by the Court (Dkt. 13).

6. As the Stipulated Protective Order has not yet been executed, and given that the Reply to the Opposition to Motion to Consolidate contains Defendants' confidential business and technical information, request is hereby made that Defendants be allowed to file under seal the

Confidential Version of the Reply.[1]

7.      Defendants would suffer potential irreparable harm should the redacted portions of their Reply become part of the public record.

8.      Defendants will coordinate providing an un-redacted version of the Reply for the Court's in camera consideration prior to a ruling on this Motion. In addition, an un-redacted version of the Reply will be served on opposing counsel in this matter.

Respectfully submitted,

Dated: October 22, 2010

/s/ James E. Whitmire
James E. Whitmire (NV Bar No. 6533)
SANTORO, DRIGGS, WALCH, KEARNEY,
HOLLEY & THOMPSON
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone:    702-791-0308
Facsimile:     702-791-1912
jwhitmire@nevadafirm.com

*Of Counsel:*

Robert F. Green
Christopher T. Griffith
Salim A. Hasan
Kate M. Lesciotto
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6731
Telephone:    312-616-5600
Facsimile:     312-616-5700
rgreen@leydig.com
cgriffith@leydig.com
shasan@leydig.com
klesciotto@leydig.com

IT IS SO ORDERED.

_____Robert J. Johnston_____
UNITED STATES MAGISTRATE JUDGE
DATE: OCT. 26, 2010

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

---

[1] The Confidential Reply contains approximately one paragraph of information that needs to be kept confidential and the corresponding Exhibit that supports the Reply.

- 3 -

08837-01/660659