1
2
3
4
5                              UNITED STATES DISTRICT COURT
6                                     DISTRICT OF NEVADA
7                                          * * *
8    BAYER SCHERING PHARMA AG &          )
     BAYER HEALTHCARE                    )
     PHARMACEUTICALS INC.,               )
9                                        )
10            Plaintiff,                 )        2:10-cv-1166-GMN-RJJ
                                         )
11   vs.                                 )
                                         )
12   LUPIN LIMITED & LUPIN               )
     PHARMACEUTICALS, INC.,              )                O R D E R
                                         )
13            Defendant,                 )
     _____)
14

15        This matter is before the undersigned Magistrate Judge on the Re-Filing of Stipulated

16   Consolidated Joint Discovery Plan and Scheduling Order (#28) and Corrected Re-Filing of

17   Stipulated Consolidated Joint Discovery Plan and Scheduling Order (#29).

18        The Court having reviewed the Re-Filing (#28) and Corrected Re-Filing (#29) and good

19   cause appearing therefore,

20        IT IS HEREBY ORDERED that the Corrected Re-Filing of Stipulated Consolidated Joint

21   Discovery Plan and Scheduling Order (#29) is GRANTED. Further, the Court adopts the

22   Stipulated Consolidated Joint Discovery Plan and Scheduling Order attached as Exhibit 1 to the

23   Corrected Re-Filing (#29).

24        IT IS FURTHER ORDERED that the Re-Filing (#28) is MOOT based on the Corrected

25   Re-Filing (#29).

26        DATED this 17th   day of November, 2010.

27
                                         _____
28                                       ROBERT J. JOHNSTON
                                         United States Magistrate Judge