Michael J. McCue (Nevada Bar #6055)
Jonathan W. Fountain (Nevada Bar #10351)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrlaw.com

Of Counsel:
Peter B. Bensinger, Jr.
Adam K. Mortara
Sundeep K. (Rob) Addy
Matthew R. Ford
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400 (phone)
(312) 494-4440 (facsimile)
peter.bensinger@bartlit-beck.com
adam.mortara@bartlit-beck.com
rob.addy@bartlit-beck.com
matthew.ford@bartlit-beck.com

Paul J. Skiermont
SKIERMONT PUCKETT LLP
2200 Ross Ave., Suite 4301W
Dallas, Texas 75201
(214) 978-6600 (phone)
(214) 978-6601 (facsimile)
paul.skiermont@skiermontpuckett.com

*Attorneys for Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Bayer Schering Pharma AG & Bayer HealthCare Pharmaceuticals Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Lupin Limited & Lupin Pharmaceuticals, Inc. <br><br> Defendants. | Case No. 2:10-cv-01166-KJD-RJJ <br><br> **Motion For Leave To File The Declaration Of Sundeep K. Addy In Support of Bayer's Memorandum Of Points And Authorities In Opposition To The Lupin Defendants' Motion For Summary Judgment That The Claims Of United States Reissue Patent No. 37,564 Are Invalid As Obvious Under Seal** |

Pursuant to the Protective Order in the above-captioned case (Doc. 17), Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer") seeks leave to file under seal certain exhibits attached to the concurrently-filed The Declaration Of Sundeep K. Addy In Support of Bayer's Memorandum Of Points And Authorities In Opposition To The Lupin Defendants' Motion For Summary Judgment That The Claims Of United States Reissue Patent No. 37,564 Are Invalid As Obvious ("Addy Declaration"). In support of this Motion, Bayer states as follows:

1. The Protective Order in this case permits each party to designate certain information produced during discovery as "CONFIDENTIAL" if the designating party reasonably believes that the information should be protected from public disclosure. (Doc. 17 at 2-3.) The Protective Order further specifies that the parties may file documents under seal under an order of this Court for cause shown. (*Id.* at 13).

2. Certain exhibits attached to the Addy Declaration consist of documents that the parties have designated as "CONFIDENTIAL" in this case.

3. Bayer therefore seeks leave of the Court to file the Addy Declaration and accompanying exhibits under seal.

4. In addition, Bayer has concurrently filed a public version of the Addy Declaration which redacts only those exhibits that need to remain confidential under the protective order. Specifically, Bayer seeks leave to file under seal Exhibits 1, 5, 7, 12, and 22-28. The remainder of the Exhibits to the Addy Declaration will not remain under seal.

Respectfully Submitted: July 15, 2011

/s/ Michael J. McCue
———————————————
Michael J. McCue (Nevada Bar #6055)
Jonathan W. Fountain (Nevada Bar #10351)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrlaw.com

Of Counsel:
Peter B. Bensinger, Jr.
Adam K. Mortara
Sundeep K. (Rob) Addy
Matthew R. Ford
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400 (phone)
(312) 494-4440 (facsimile)
peter.bensinger@bartlit-beck.com
adam.mortara@bartlit-beck.com
rob.addy@bartlit-beck.com
matthew.ford@bartlit-beck.com

Paul J. Skiermont
SKIERMONT PUCKETT LLP
2200 Ross Ave., Suite 4301W
Dallas, Texas 75201
(214) 978-6600 (phone)
(214) 978-6601 (facsimile)
paul.skiermont@skiermontpuckett.com

*Attorneys for Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.*

```
IT IS SO ORDERED.
_____
U.S. MAGISTRATE JUDGE
DATE: JULY 21, 2011
```

2