1  James E. Whitmire, Esq. (NV Bar No. 6533)
   SANTORO, DRIGGS, WALCH,
2  KEARNEY, HOLLEY & THOMPSON
   400 S. Fourth Street, Third Floor
3  Las Vegas, NV  89101
4  Telephone:  702-791-0308
   Facsimile:   702-791-1912
5  jwhitmire@nevadafirm.com

6  *Of Counsel:*
   Robert F. Green
7  Christopher T. Griffith
   Salim A. Hasan
8  Kate M. Lesciotto
9  LEYDIG, VOIT & MAYER, LTD.
   Two Prudential Plaza, Suite 4900
10 180 N. Stetson Avenue
   Chicago, IL 60601-6731
11 Telephone:  312-616-5600
   Facsimile:  312-616-5700
12 rgreen@leydig.com
   cgriffith@leydig.com
13 shasan@leydig.com
   klesciotto@leydig.com
14

15 *Attorneys for Defendants Lupin Limited
   and Lupin Pharmaceuticals, Inc.*
16

17                    **IN THE UNITED STATES DISTRICT COURT**
                          **FOR THE DISTRICT OF NEVADA**
18

| | |
|---|---|
| BAYER SCHERING PHARMA AG & BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Case No. 2:10-cv-1166-KJD-RJJ<br><br>**DEFENDANTS LUPIN LIMITED'S AND LUPIN PHARMACEUTICALS, INC.'S MOTION TO FILE UNDER SEAL CERTAIN "CONFIDENTIAL" EXHIBITS ACCOMPANYING THE SUPPLEMENTAL DECLARATION OF KATE M. LESCIOTTO IN SUPPORT OF LUPIN'S MOTION FOR SUMMARY JUDGMENT THAT THE CLAIMS OF THE U.S. REISSUE PATENT ARE INVALID AS OBVIOUS (DKT. 88-2)** |

- 1 -

08837-01/Motion to Seal - Lupin's Reply.doc

1  Pursuant to the Protective Order in the above-captioned case (Dkt. 17), Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") seek leave to file under seal certain confidential exhibits accompanying the Supplemental Declaration of Kate M. Lesciotto in Support of Lupin's Motion for Summary Judgment That The Claims Of The U.S. Reissue Patent Are Invalid As Obvious (Dkt. 88-2) ("Supplemental Lesciotto Declaration").  In support of this Motion, Lupin states as follows:

1. The Protective Order in this case permits each party to designate certain information produced during discovery as "CONFIDENTIAL" if the designating party reasonably believes that the information should be protected from public disclosure. (Dkt. 17 at 2-3.) The Protective Order further specifies that the parties may file documents under seal under an order of this Court for cause shown.  (*Id*. at 13).

2. Certain exhibits attached to the Supplemental Lesciotto Declaration consist of documents or contain citations to documents, that the parties have designated as "CONFIDENTIAL" in this case.

3. Lupin therefore seeks leave of the Court to file certain exhibits accompanying the Supplemental Lesciotto Declaration under seal.

4. In addition, Lupin has concurrently filed a public version of the exhibits to the Supplemental Lesciotto Declaration which redacts only those exhibits that need to remain confidential under the protective order.  Specifically, Lupin seeks leave to file under seal Reply Exhibits 2 and 4.

- 2 -

08837-01/Motion to Seal - Lupin's Reply.doc

1    Dated this 25th day of July, 2011.

                                            **SANTORO, DRIGGS, WALCH,**
**KEARNEY, HOLLEY & THOMPSON**



/s/ James E. Whitmire
James E. Whitmire (NV Bar No. 6533)
SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone:   702-791-0308
Facsimile:   702-791-1912
jwhitmire@nevadafirm.com

*Of Counsel:*
Robert F. Green
Christopher T. Griffith
Salim A. Hasan
Kate M. Lesciotto
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6731
Telephone:   312-616-5600
Facsimile:   312-616-5700
rgreen@leydig.com
cgriffith@leydig.com
shasan@leydig.com
klesciotto@leydig.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: JULY 26, 2011

- 3 -

08837-01/Motion to Seal - Lupin's Reply.doc