UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BAYER PHARMA AG, *et al.*,

    Plaintiffs,

v.

LUPIN LTD., *et al.*,

    Defendants.

Case No. 2:10-CV-1166-KJD-RJJ

**ORDER**

    On October 16, 2013, the parties filed a joint status report in response to the Court's order. The parties notified the Court that Plaintiffs would not seek further review of the Federal Circuit's judgment rendered in favor of Defendants. The parties advised the Court that the action could be closed.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this action.

    DATED this 26th day of November 2013.

_____
Kent J. Dawson
United States District Judge